PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
03-068-01

DOCKET NUMBER (Rec. Court)
CR06-34

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Walter Wilson<br><br>Frederica DE 19946<br><br>REDACTED | New Jersey | CAMDEN, N.J. |
| | NAME OF SENTENCING JUDGE<br>Jerome B. Simandle | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>March 1, 2006 | TO<br>February 29, 2009 |

OFFENSE

18 USC 21113(a) Bank Robbery

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 17, 2006
Date

/s/ Jerome B. Simandle
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Delaware

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

FILED
MAR 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE